# Third District Court of Appeal

## State of Florida

Opinion filed October 24, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2560
Lower Tribunal No. 13-27204
_____

**Borris Moralez,**
Petitioner,

vs.

**Marydell Guevara, Director, Miami-Dade County Corrections and Rehabilitation Department and The State of Florida,**
Respondents.

A Case of Original Jurisdiction – Habeas Corpus

Carlos J. Martinez, Public Defender, and James Moody, Assistant Public Defender, for petitioner.

Pamela Jo Bondi, Attorney General, and Douglas J. Glaid, Senior Assistant Attorney General, for respondents.

Before SHEPHERD C.J., and WELLS, and EMAS, JJ.

WELLS, Judge.

Petitioner Borris Moralez asks this court to issue a writ of habeas corpus and order the circuit court to grant his immediate release in case F13-27204B. We grant Moralez's petition for writ of habeas corpus only insofar as we remand to the trial court for an expedited bond hearing pursuant to section 907.041(4)(c), Florida Statutes (2014), and the applicable provisions of Florida Rules of Criminal Procedure 3.131 and 3.132. Moralez shall remain in detention pending the outcome of the hearing.

Petition is granted; remanded for an expedited bond hearing.*


*This opinion shall take effect immediately notwithstanding the filing or disposition of any motion for rehearing.

2